# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | |
| | : Docket No. _____ |
| VS. | : Related to:<br>Docket No. 3:18CR284-1 (SRU) |
| KIMBERLY CRUZ, A/K/A JANE DOE, | |
| Defendant. | : November 5, 2020 |

## COMPLAINT

1. The Plaintiff, United States of America (hereinafter "the Plaintiff"), is the owner of the subject real property known as 52 York Street, Waterbury, Connecticut (the premises), having taken title by virtue of a warranty deed, recorded on September 25, 2020, in Volume 8139 at Page 213 of the Waterbury Land Records.

2. Upon information and belief, the Defendant, Kimberly Cruz (hereinafter "the Defendant"), entered into possession of the premises prior to the Plaintiff taking title and currently remains in possession of said premises.

3. The Defendant has no right or privilege to occupy the premises.

4. On or about October 1, 2020, the Plaintiff caused a Notice to Quit Possession to be served on the Defendant as required by law, directing that the Defendant vacate the premises on or before November 1, 2020.   A copy of the Notice to Quit is attached hereto as Exhibit A.

5. The date to vacate the premises given in the Notice to Quit has passed and the Defendant continues to remain in possession of the premises.

WHEREFORE, the Plaintiff claims;

1. Judgment;

2. Immediate possession of the premises.

            Respectfully submitted,

            John H. Durham
            United States Attorney

            */s/ Christine Sciarrino*
            Christine Sciarrino
            Assistant United States Attorney
            United States Attorney's Office
            157 Church Street – 25th Floor
            New Haven, Connecticut   06510
            Tel. (203) 821-3780/Fax (203)773-5315
            Federal No. CT3393
            Email: Christine.Sciarrino@usdoj.gov

### *EXHIBIT A*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:18CR284-1 (SRU) |
| JOEVANNY VICENTE | : | |

### NOTICE TO QUIT (END) POSSESSION

To: John Doe, Jane Doe, 52 York Street, Waterbury, Connecticut    06704

NOTICE   is hereby given that you must quit (end) possession or occupancy of 52 York Street, Waterbury, Connecticut 06704 now occupied by you on or before November 1, 2020 because you are either tenants that never had right or privilege to occupy the subject premises; and/or you are tenants that may have had right or privilege to occupy the subject premises but such right or privilege has terminated.   *See* C.G.S. § 47a-23a(2) and (3).

If you have not moved out of the subject premises by November 1, 2020, an eviction (summary process) will be commenced against you.

                                              Respectfully submitted,

                                              John H. Durham
                                              United States Attorney

                                              */s/ Christine Sciarrino*
                                              Christine Sciarrino
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              157 Church Street, 23rd Floor
                                              New Haven, CT    06510
                                              (203) 821-3780/Fax: (203) 773-5392
                                              Federal No. CT03393
                                              Email: Christine.Sciarrino@usdoj.gov